UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.**    )<br>                                )<br>   Plaintiff,               )<br>                                )<br>   vs.                         )<br>                                )<br> **Dominic J. Venturelli**  )<br>                                )<br>   Defendant            ) | CIVIL ACTION<br>NO. 04-10159-PBS<br><br>ASSENTED TO MOTION TO<br>RESCHEDULE HEARING |

The Plaintiff moves this court for an order rescheduling the scheduling conference presently calendared for June 3, 2004 at 3:00 p.m.

As grounds for this motion the Plaintiff asserts that:

1. Plaintiff's counsel is presently scheduled for another hearing on the same date and approximate time in Bridgeport Connecticut Federal District Court;

2. This Connecticut hearing is a rescheduled hearing from a previous date in May;

3. The Defendant assents to this motion;

4. In further support of this motion please see attached affidavit.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has contacted the Defendant's Counsel and Defendant's Counsel assents to this motion.

          Attorney for Plaintiff, DIRECTV, Inc.

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865