# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | **CIVIL ACTION NO. 04-10159-PBS** |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT IN SUPPORT OF** |
| | ) | **PLAINTIFF'S ASSENTED TO MOTION** |
| vs. | ) | **TO RESCHEDULE HEARING** |
| | ) | |
| **Dominic J. Venturelli** | ) | |
| | ) | |
| Defendant | ) | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I presently have a conflict with the scheduled date/time for the scheduling conference in this action.

4. I am also scheduled for a similar hearing in Federal District Court in Bridgeport, Connecticut.

5. Defendant's counsel stated that he assents to this motion.

6. I move to postpone this hearing because the Connecticut hearing is a rescheduled hearing from a previous date.

Subscribed and sworn to, under the pains and penalties of perjury, this _____ day of May

2004.

John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

In a good faith attempt, I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 28th day of May 2004, a copy of the foregoing Motion for re-scheduling and affidavit in support were mailed first class in send e-mail to:

Attorney Gerard S. McAuliffe
43 Quincy Avenue
Quincy, MA  02169

John M. McLaughlin, Esq.