UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV,Inc.
        Plaintiff,                    CIVIL ACTION
                                          NO.  04-10159-PBS
    v.

Dominic J. Venturelli
        Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                 June 8, 2004

     The Scheduling Conference previously scheduled for June 11, 2004, has been **rescheduled** to **June 16, 2004, at 3:00 p.m.**

                                                                   By the Court,

                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc