UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Direct TV, Inc. a California Corporation,
        Plaintiff,    CIVIL ACTION
           NO. 04-10159-PBS

v.

Dominic J. Venturelli,
        Defendant.

**PRETRIAL ORDER**

SARIS, D.J.    June 16, 2004

    The above action has been set down for a JURY TRIAL on 11/29/04, at 9:00 a.m.

    A FINAL PRETRIAL CONFERENCE has been scheduled for 10/14/04, at 3:00 p.m.

    By 9/14/04, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

    Objections to the pretrial disclosures shall be served and filed by 9/28/04.

    By 10/7/04, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

    By 9/30/04, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

    By 10/7/04, the parties shall file/serve opposition to motions in limine, any objections to

---

[1] Exhibits shall be premarked with <u>one</u> set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

witnesses or exhibits, and counter-designations of deposition testimony.

    Trial briefs shall be filed/served by 11/21/04.

                                                   By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk