UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Direct TV, Inc. a California Corporation
Plaintiff,

         V.                                                  Civil Action Number
                                                               04-10159-PBS

Dominic J. Venturelli
Defendant.                                                      June 16, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/30/04

Plaintiff's expert designation deadline: 8/1/04

Defendant's expert designation deadline: 8/30/04

Summary Judgment Motion filing deadline: 9/15/04

Opposition to Summary Judgment Motions: 9/30/04

Hearing on Summary Judgment or Pretrial Conference: 10/14/04 at 3:00 p.m.

Jury Trial: 11/29/04 at 9:00 a.m.

Case to be referred to Mediation program: A.S.A.P.

                                                                              By the Court,

                                                                              /s/ Robert C. Alba
                                                                              Deputy Clerk