UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, Inc.

        Plaintiff,                      CIVIL ACTION
                                           NO.   04010159-PBS

    v.

Dominic J. Venturelli

        Defendant.

**NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                 August 6, 2004

      The Summary Judgment Motion Hearing / Pretrial Conference previously scheduled for October 14, 2004, has been **rescheduled** to **October 21, 2004 at 2:00 p.m.**

                                                                        By the Court,

                                                                 /s/ Robert C. Alba
                                                                 Deputy Clerk

Copies to:  All Counsel

resched.ntc