RECEIVED
Clerk's Office
USDC, Mass.
Date 9/1/04
By M.P.
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | CIVIL ACTION NO. 04-10159 PBS |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF DEFENDANT'S ASSENTED TO MOTION TO EXTEND |
| vs. | |
| Dominic J. Venturelli | |
| Defendant | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, Gerard S. McAuliffe, represents the Defendant in the above-entitled action.

2. The Defendant is presently in the process of obtaining new counsel.

3. The Defendant's new counsel will need time to prepare for the case.

4. Counsel for Plaintiff informed me that they fully assent to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, this 21 day of August 2004.

Gerard S. McAuliffe
43 Quincy Avenue
Quincy, MA  02169
617-471-0700

Page   1