# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DIRECTTV, INC.
    Plaintiff,

v.　　　　　　　　　　　　CIVIL ACTION NO. 04-10159-PBS

DOMINIC J. VENTURELLI,
    Defendant.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Thursday, October 14, 2004**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                      ROBERT B. COLLINGS
                      United States Magistrate Judge
       By:

                      *Kathleen M. Dolan*
                      Deputy Clerk
                      617-748-9229

Date: October 4, 2004.

Notice sent to:
John M. McLaughlin, Esquire
Gerard S. McAuliffe, Esquire