UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CASE NO. 04-10159-PBS
Hon. Patti B. Saris

DIRECTV, INC. )
   Plaintiff )
 )
vs. )
 )
DOMINIC J. VENTURELLI )
   Defendant )

### ENTRY OF APPEARANCE
### AS COUNSEL FOR THE DEFENDANT

Now comes Stafford Sheehan, Esquire who has been admitted to practice before, and is in good standing with, the United States District Court of Massachusetts and who hereby enters his appearance in the above-captioned matter in behalf of the Defendant, Dominic J. Venturelli of Quincy, Massachusetts this 5th day of October 2004.

By Defendant's Attorney,

Stafford Sheehan, Esquire
1508 Pleasant Street
Fall River, MA 02723-1913
(508) 678-1901
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com
Mass Bar ID #457000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CASE NO. 04-10159-PBS
Hon. Patti B. Saris

| | |
|---|---|
| **DIRECTV, INC.** | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| **DOMINIC J. VENTURELLI** | ) |
| Defendant | ) |

**CERTIFICATE OF SERVICE**

Now comes the Defendant, by his attorney, who does certify that he has forwarded a true and accurate copy of his counsel's Entry of Appearance to the Plaintiff's attorney of record, at the name and address given below, by first class mail, postage prepaid, this 5th day of October 2004.

John M. McLaughlin, Esquire
GREEN, MLES, LIPTON & FITZ-GIBBON
77 Pleasant Street
P.O. Box 210
Northampton, MA  01060-3912

Stafford Sheehan, Esquire
1508 Pleasant Street
Fall River, MA  02723-1913
(508) 678-1901
BBO # 457000
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com