UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DirecTV, Inc.
        Plaintiff,                        CIVIL ACTION
                                             NO.   04-10159-PBS
    v.

Dominic Venturelli
        Defendant.

**NOTICE OF RESCHEDULED HEARING AND JURY TRIAL**

SARIS, U.S.D.J.                                                                        October 18, 2004

      The Summary Judgment Hearing / Pretrial Conference previously scheduled for October 21, 2004, has been **rescheduled** to **January 5, 2005 at 3:00 p.m.** The Jury Trial previously scheduled for November 29, 2004, has been **rescheduled** to **February 7, 2005, at 9:00 a.m.**

                                                                By the Court,

                                                                /s/ Robert C. Alba
                                                               Deputy Clerk

Copies to:  All Counsel

resched.ntc