UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 04-10159-JGD |
| | ) | |
| | ) | |
| DOMINIC J. VENTURELLI, | ) | |
| | ) | |
| Defendant | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter my appearance as counsel for the defendant in this action.

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
