UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CASE NO. 04-10159-JGD

| | |
|---|---|
| **DIRECTV, INC.** ) | |
|    Plaintiff ) | |
| ) | |
|    vs. ) | |
| ) | |
| **DOMINIC VENTURELLI,** ) | |
|    Defendant ) | |

## WITHDRAWAL OF APPEARANCE

     Now comes Stafford Sheehan, Esquire who hereby withdraws his appearance in the above-captioned matter in behalf of the Defendant, DOMINIC VENTURELLI, of Quincy, Massachusetts. It is noted that successor counsel is entering his appearance in the Defendant's behalf.

/s/Stafford Sheehan
1508 Pleasant Street
Fall River, MA  02723-1913
(508) 678-1901
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com