UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10159-JGD |
| | ) | |
| DOMENIC J. VENTURELLI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION TO EXTEND TIME

In accordance with "Plaintiff's Assented-To Motion to Extend Time" (Docket No. 22), the pre-trial discovery schedule is amended as follows:

1. By agreement, plaintiff's requests for admission are not deemed admitted.

2. The plaintiff is to complete its depositions by December 31, 2004.

3. By January 31, 2005, the plaintiff shall amend any disclosures, discovery responses, and/or pursue any discovery matters pertaining to the defendant's discovery responses.

4. Motions for summary judgment shall be filed by February 15, 2005. Responses shall be filed by March 15, 2005.

5. The mediation presently scheduled for December 16, 2004 shall be continued until a date in January. The parties shall be notified of the new date directly by Judge Collings' session.

6. The plaintiff shall promptly inform this session as to the results of the mediation. In the event that the matter is not resolved, a status conference will be scheduled. At the status conference, the court will address the scheduling of the remainder of the case through trial.

7. The previously scheduled status conference of December 22, 2004, the summary judgment hearing of January 5, 2005, and the trial of February 7, 2005 are continued until further order of the court.

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: December 1, 2004