# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DIRECT TV, INC.
        Plaintiff,
      v.                     CIVIL ACTION NO. 04-10159-PBS
DOMINIC J. VENTURELLI,
        Defendant.

## *NOTICE OF RE-SCHEDULED MEDIATION*

COLLINGS, U.S.M.J.

Please take notice that the **Re-Scheduled MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Wednesday, January 26, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                          ROBERT B. COLLINGS
                          United States Magistrate Judge

By:

                          *Kathleen M. Dolan*

                          Deputy Clerk
                          617-748-9229

Date: December 6, 2004.

Notice sent to:
John M. McLaughlin, Esquire
Kenneth D. Quat, Esquire
Gerald S. McAuliffe, Esquire