# United States District Court
# District of Massachusetts

DIRECT TV, INC.,
       Plaintiff,

       v.                              CIVIL ACTION NO. 2004-10159-JGD

DOMINIC J. VENTURELLI,
       Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On January 26, 2005, I held the following ADR proceeding:

    \_\_\_\_\_ EARLY NEUTRAL EVALUATION    __X__ MEDIATION

    \_\_\_\_\_ MINI-TRIAL    \_\_\_\_\_ SUMMARY JURY TRIAL

    \_\_\_\_\_ SETTLEMENT CONFERENCE

    Plaintiff's and defendant's counsel and the defendant were present.

[X]    The case was settled. The case is to remain in an open status in the Court for one year. Your clerk should enter an Order requiring that final papers be filed no later than **January 26, 2006.**

    January 26, 2005                                   *Robert B. Collings*
        DATE                                            ROBERT B. COLLINGS
                                                        United States Magistrate Judge

Copy to:    Judge Dein
                    Amy Bressler Nee, Esquire,
                    Counsel for all parties.