UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| V. | ) | NO. 04-10159-JGD |
| | ) | |
| DOMENIC J. VENTURELLI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REGARDING SETTLEMENT

The Court having been advised on January 26, 2005 that the above-entitled action has been settled;

IT IS ORDERED that dismissal papers shall be filed by the parties on or before January 26, 2006.

                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge

DATED:  February 8, 2005