UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 04-10159-PBS |
| | ) | |
| | ) | |
| DOMINIC J. VENTURELLI, | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE, AND PROPOSED ORDER**

The matter in controversy in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Dominic Venturelli, pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that this action be and hereby is dismissed with prejudice as to Defendant Dominic Venturelli, without costs or attorneys fees to either party, except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

/s/John M. McLaughlin            /s/Kenneth D. Quat
Attorney for Plaintiff           Attorney for Defendant
BBO No. 556328                   BBO 408640
Green, Miles, Lipton & Fitz-Gibbon   9 Damonmill Square, Suite 4A-4
77 Pleasant Street               Concord MA 01742
P.O. Box 210                     978-369-0848
(413) 586-0865

2

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: